

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK ALAN BLACK,<br><br>Defendant. | Case No. 1:23-CR-146 |

## STATEMENT OF FACTS

1. The United States and the defendant, MARK ALAN BLACK (hereinafter, "the defendant"), agree that at trial, the United States would have proven beyond a reasonable doubt and with admissible and credible evidence that between on or about January 16, 2018, and on or about October 20, 2021, within the Eastern District of Virginia and elsewhere, the defendant did combine, conspire, confederate, and agree with persons known and unknown to him, to employ, use, persuade, induce, entice, and coerce minors to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(1) and (2), for the purpose of producing visual depictions of such conduct and for the purpose of transmitting live visual depictions of such conduct, knowing and having reason to know that the visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that the visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that the visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

2.  The United States and the defendant further agree that at trial, the United States would have proven beyond a reasonable doubt and with admissible and credible evidence that between on or about April 26, 2022, and on or about April 13, 2023, within the Eastern District of Virginia and elsewhere, the defendant knowingly used a means and facility of interstate and foreign commerce to persuade, induce, entice, and coerce Minor Victim 4, a minor who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography.

### A.  The Defendant's Conspiracy to Produce Child Pornography

3.  Starting on or about January 16, 2018, and continuing through on or about October 20, 2021, the defendant was an active member of at least two chatrooms on a social media platform that will hereinafter be referred to as "APPLICATION A," dedicated to the sexual exploitation of minors. The users in the chatrooms worked together to produce, advertise, distribute, receive, and possess images and videos of minors including prepubescent children, engaging in sexually explicit conduct, as defined in 18 U.S.C. 2256. The chatrooms were broken down into text channels (sub-chatrooms), many of which corresponded to live streaming social media platforms where the users in the chatrooms sexually exploited minor victims. In order to access and use APPLICATION A, users had to utilize the Internet, a means and facility of interstate and foreign commerce.

4.  While a member of the chatrooms on APPLICATION A, the defendant utilized at least two usernames to communicate on the chatrooms. The defendant's main username will hereinafter be referred to as "APPLICATION A, USERNAME 1." The defendant posted both on the text channels of the chatrooms and communicated via direct message with other users on APPLICATION A that were also members of the chatrooms.

5.  The defendant was one of the early members of one of the chatrooms on APPLICATION A. The defendant communicated the goals and purpose of this particular chatroom to the other users. The members were made aware that the purpose of the group was to work together to locate minor victims on social media platforms, mainly live streaming platforms, where the users could communicate with the minors and get the minors to engage in sexually explicit acts and produce sexually explicit content. The users were then to capture or record the content and share it amongst the members of the chatroom. For example, on or about January 17, 2019, on the "general-chat" text channel of the chatroom, the defendant made the following posts:

- "Since we've added some folks, it probably bears outlining why we have created yet another server. I'll take a stab at it."[1]

- "The Cooperation [chatroom][2] was established with the goal of uniting boys in search of smoothies[3]. The purpose was to work together to secure these and, as the number of pervs and BMers increased, lead girls to safe, fun spaces with boys they liked and trusted."

6.  After the defendant made these two posts, another user stated, "Yes. and as it turned out not everyone was working towards our common goals. Sonwe [sic] are trying over again. same ultimate goal. search and secure smoothies so we all can enjoy, including the smoothies themselves." The defendant then stated:

- "I wanted to reiterate that sharing and transparency are the goals here."

7.  In order to join the chatrooms on APPLICATION A, the users, including the defendant, were invited by invitation links. Once the members of one of the chatrooms joined the group, many of the users introduced themselves on the "reception" text channel by describing the

---

[1] All communications on APPLICATION A are reproduced exactly how they were written.
[2] The Cooperation chatroom was a previous APPLICATION A chatroom the defendant was a member of that had the same goal and purpose as that of the main chatroom on APPLICATION A.
[3] Based on extensive examination of the communications on APPLICATION A, "smoothies" refers to a minor with no pubic hair.

type and age of minors they had a sexual interest in. On July 31, 2019, and November 19, 2019, respectively, the defendant stated the following on the reception text channel:

- "Welcome I'm "no standards just options" ... never under 9, except for my 7 and 8 yo gfs."

- "Back from work and ready for introductions. Globalist, who likes all flavors (chocolate, caramel, lemon, vanilla, and whatever else there is) with a taste for 10-12, but flexible on the lower bound to... welp ... speech and the upper bound to legality."

8.  Members of the chatrooms described the roles that the users were expected to take on. For example, in the "faq" channel, the following messages were posted to the group by three of the users between on or about January 22, 2019, and between on or about January 24, 2019:

- "FAQ #1: Why? Answer: They don't think it be like it is, but it do."

- "FAQ #2 - *Simple questions to gauge prospective new members*: Hi - we're considering a new server. To make sure it's the right fit for you, can you answer these questions please: **a) Is any nude a win for you or do looks matter? b) Do you generally prefer 8-12 or 13-17? c) Do you know how to cap? d) Do you have a FC/GL accounts? If not, are you willing to create an FC/GL account to swoon girls into capping? e) Do you run a VPN and if so, for how long? f) Are you fluent in English or another language? g) What do you enjoy most - the win (the nakedness), witnessing a girl discover her sexuality, the tease or meat curtains? h) Consider a girl is teasing on a broadcast – her location is open and she just gave her phone number out - you notice a brutal blackmailer in the list of watchers - do you: 1) warn her and block a potential epic win. 2) sit back and say nothing or 3) keep pushing her towards what might be the win of your lifetime **"

- "@everyone Main roles are in captal letters. Sub roles are in lowercase TALKER (sub roles: spotter/capper) *A TALKER is dedicated to get in with the girls by talking. He will need some social media knowledge and the ability to take girls into a private atmosphere and ultimately and as fast as possible into a private broadcasting atmosphere for us all to keep working on her. TALKER primarily targets ids posted by the SPOTTER regardless of his own preferance when it comes to the girls. He may also go for girls he feels might provide the wins. if there are no prospects to work on he supports the spotters or cappers* SPOTTER(sub roles: capper/talker) *Maybe the most versatile role. It is important for a spotter to be able to read a girls body language and personality so he can notify the CAPPER or the TALKER or maybe both in time. He will try to see if a girl is more fit for a private or public win and notify the right role(s). He also considers the preferances of all team member when choosing targets. If no TALKER or CAPPER is available he takes on his sub roles. He will most likely also be the one who gets the longest cap since he spotted the win first. and he will upload

4

that cap in the appropriate room using a predefined format.* CAPPER (sub roles: spotter/talker) *The main task of a CAPPER is to cap and upload any id/broadcast notified by the SPOTTER. Regardless of his own preferances. He will have to have constant access to a computer while active for this purpose. He will make uploads and post on the driproom on this server using a predefined format decided by the group. A small description is required so people know if this is a girk according to their own liking before downloading. Once a cap is started he can support the other roles in talking/spotting where needed*"

- "FAQ #4 - Share post format preferred: ```Filename which includes UserID and RoomID.ts, Size/Length - and maybe a little backstory Filename which includes UserID and RoomID.flv, Size/Length - and maybe a little backstory Filename which includes UserID and RoomID.mp4, Size/Length - maybe a little backstory ArchiveFileName.rar | Size <https://dropmefiles.com/XxXx> | DMFpass | FILEpass`'''"

9. In accordance with the rules and goals of the group, the members, including the defendant, worked together to employ, use, persuade, induce, entice, and coerce minors to engage in sexually explicit acts and send sexually explicit content of themselves over multiple social media platforms, all of which utilized the Internet to operate. After successfully producing and capturing minors engaged in sexually explicit conduct, the members then exchanged the content by uploading the files directly to the chatroom or by uploading the files to third-party file sharing platforms where the users could access the links and download the content. On many occasions, the users also shared the ID numbers and usernames associated with minors' live streaming and other online accounts so the users on the chatroom could follow, watch, and record the minors' activity, which often included the minors engaging in sexually explicit activity. Below are examples of how users exchanged sexually explicit files of minors, IDs of minors, and usernames of minors on the chatroom.

- On July 11, 2019, a user posted a MEGA (third-party file sharing platform) link on the "dl-links" channel.
    - The link directed the users to a video file that was 25 minutes and 58 seconds in length. The video depicted a female with a tank top and shorts on. The female can be seen spreading her legs open. She takes her right hand

and moves her shorts and underwear over to the right and exposes her pubic area to the camera while counting to ten. She then uses her left hand to move her shorts over, exposing her pubic area to the camera. The female moves her shorts to the left again and rubs her pubic area with her right hand. The female stands up and takes her shorts and underwear off. The female then spreads her legs exposing her pubic area and buttocks to the camera. The female appears to be prepubescent as she has little to no breast development and no pubic hair.

- On September 26, 2019, a user uploaded a file directly to the "requests" channel.

  o The uploaded file is an image with six "windows" depicting a prepubescent female engaged in sexually explicit conduct. Specifically, in one "window" the prepubescent female is standing up with her pants pulled down using her hands to expose her vagina to the camera. Two of the other "windows" depict the prepubescent female exposing her chest and her belly to the camera. In one of the "windows," a prepubescent male is engaged in sexually explicit conduct as someone is holding his penis with their hand. In another "window," the prepubescent male and female are engaged in sexually explicit conduct as she places her mouth on the prepubescent male's penis.

- On February 5, 2021, the defendant shared the user ID of a minor followed by a description of the content of the minor's live stream on the "dl-links" channel: "[MINOR'S ID NUMBER] – [MINOR'S FIRST NAME] (11) and her sister (8) WARNING chub+ latina (also includes some wbd in one of them), but some sister action Sisters on a Saturday Night. [PASSWORD TO FILE]."

10. In July 2019, the defendant posted in the "line-live" text channel on the chatroom about a particular minor who will hereinafter be referred to as MINOR VICTIM 1 ("MV1"). On July 12, 2019, the defendant stated on the text channel, "[MV1's Line-Live username] is a mixed girl with a meh cam that was molded she will show when she goes private. Unless she keeps demanding boys go first." On July 15, 2019, the defendant stated on the text channel, "[MV1's Line-Live username] in private (little light skin)." The defendant saved a screen recorded conversation on his iPhone 14 Pro cellular phone (a device not manufactured in the Eastern District of Virginia) in an application titled, "Best Secret Folder" between himself using his Line-Live user account and MV1. The screen recorded conversation was saved in two files associated with the

6

date July 15, 2019. During the screen recorded conversation, the defendant used, employed, persuaded, induced, enticed, and coerced MV1, a prepubescent child, to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct and for the purpose of transmitting a live visual depiction of the conduct. For example, the defendant stated the following to MV1 during the conversation: "I wish you could do that without the pan nies on;" "Take them off under the covers and then show me;" "Closer;" "I love it;" "You are so amazing;" "I could look at you all day;" and "Daaamn can you spread that boo ty for me?." In response to the defendant's statements, MV1 engaged in sexually explicit conduct. That is, MV1 removed her underwear and exposed her pubic area to the camera.

11. As previously stated, the defendant exchanged direct messages on APPLICATION A with users from the chatrooms. One such private message was between the defendant and a user who will hereinafter be referred to as "APPLICATION A, CO-CONSPIRATOR USERNAME." The messages between the users spanned from October 28, 2018, through August 9, 2021. The users discussed the sexual exploitation of minors, including particular minors each user was sexually interested in. One such minor victim discussed between the defendant and APPLICATION A, CO-CONSPIRATOR USERNAME will hereinafter be referred to as MINOR VICTIM 2 ("MV2"). In or about the summer of 2019, the defendant communicated with MV2 via a photo and video sharing application which will hereinafter be referred to as "APPLICATION B." At the time, MV2 was 10 years of age. The defendant used, employed, persuaded, induced, enticed, and coerced MV2 to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct and for the purpose of transmitting a live visual depiction of the conduct. Unbeknownst to MV2, the defendant requested that APPLICATION A, CO-CONSPIRATOR USERNAME remotely log into the APPLICATION B conversations between

the defendant and MV2 to record the communications and sexually explicit acts by MV2. On July 21, 2019, user APPLICATION A, CO-CONSPIRATOR USERNAME sent at least one recorded session of MV2 to the defendant via a link on a third-party file sharing platform. The defendant saved sexually explicit images of MV2 on his iPhone 14 Pro cellular phone in an application titled, "Best Secret Folder." The images depicted MV2 with Sharpie markers in her mouth and inserted into her vagina.

12.     The users in the chatrooms, including the defendant, made specific requests for files of certain minors engaged in sexually explicit acts. If other users had the requested files, they uploaded the files directly to the chatrooms or sent the files via a third-party file sharing platform. For example, on November 8, 2019, the defendant made the following request on the "dl-links" text channel: "Can anyone please re-up Tboy's? She looked so yummy '"chloe from unico. canadian asian 9-10yo bating and posing dropmefiles.com/Ppyxs пароль: mJmpQO'"." In response, another user stated, "I have one more file of her... but it looks like all the footage is in 1517053931852.mp4... so no new material. incredible girl." On that same date, a user messaged, "DMF.com/Bu8dj пароль: XyZCnP pw: fromrussiawithlove chloe win from unico as requested by [defendant's username on APPLICATION A] (mobile cap)." The users, including the defendant, thanked one another for sharing sexually explicit files on the chatrooms. For example, on April 17, 2020, in the "dl-links" text channel, the defendant stated, "There were some gems in there, and I want to add my thanks. I always wonder if I will ever have enough time to see all the lowlis[4] hanging out on my drives, but I always peek enough to appreciate."

**B.     The Defendant's Activity on Application C**

---

[4] Based on extensive examination of the communications on APPLICATION A, "lowlis" refers to a minor.

13.     From between on or about July 22, 2019, and on or about March 16, 2022, the defendant was a part of at least two groups on a social media platform that will hereinafter be referred to as "APPLICATION C," dedicated to the sexual exploitation of minors. While a member of the APPLICATION C groups, the defendant utilized the Internet, a means and facility of interstate and foreign commerce, and cellular phones (not manufactured in the Eastern District of Virginia) to receive and distribute files of minors engaged in sexually explicit conduct.

14.     While a member of the groups on APPLICATION C, the defendant utilized three different APPLICATION C usernames that will hereinafter be referred to as APPLICATION C, USERNAME 1; APPLICATION C, USERNAME 2; and APPLICATION C, USERNAME 3. The users, including the defendant, of the APPLICATION C groups, discussed minors in a sexual manner and knowingly sent and received images of minors engaged in sexually explicit conduct during the course of the group chats. The images sent and received by the users of the group were shipped and transported in interstate and foreign commerce, that is the Internet. The users of the groups knew the individuals depicted in the images were in fact minors.

15.     Below are examples of files sent and received by the users, including the defendant, in one of the APPLICATION C groups.

- On October 9, 2019, a user in the group sent an image to the group depicting a minor female lying on her back. She has a blue t-shirt on with a graphic on the front of the t-shirt. The female is nude from the waist down. The female is spreading her labia with her right hand, exposing her vagina to the camera.

- On November 21, 2019, the defendant utilizing the user account APPLICATION C, USERNAME 1, sent an image of a minor female who is fully nude lying on her left side on a bed. The female has very little breast development. The female has brown hair with what appears to be a filter over her hair depicting three flowers.

- On December 13, 2019, the defendant utilizing the user account APPLICATION C, USERNAME 1, sent four images depicting the same prepubescent minor female. The first image depicts the female pulling up her blue t-shirt and exposing her breast. There is a male standing behind the female. The second photo shows the female sitting

on a table and the back of her shirt being pulled up by the male and exposing her back. The third photo shows the female standing up and her blue t-shirt pulled up exposing her breast and the male is standing behind her holding her shirt up. The fourth photo shows the female pulling her gray pants down and exposing her vagina to the camera.

- On February 29, 2020, a user in the group sent an image of two minor females in a room with flower wallpaper that is pink and black in color. Both appear to be nude with their underwear pulled down. The females are standing towards the wall and one of the females is looking back over her shoulder. The other female's buttocks are exposed to the camera.

- On October 26, 2020, the defendant utilizing the user account APPLICATION C, USERNAME 2, sent an image depicting a fully nude minor female. The female is sitting with her legs spread open and she is exposing her vagina to the camera. The minor has little to no development.

- On November 5, 2020, a user in the group sent five images. The first image depicts a minor female who is nude and sitting on the floor in a bathroom. The female is lying on her back with her head lifted and her legs are in the air. The female's hands are touching her buttocks. The female's vagina and anus are exposed to the camera. The second and third photos are an up-close image of a female's vagina and anus. The female has no visible pubic hair. The fourth and fifth images are a minor female who is nude, leaning on her knees and looking into the camera.

- On January 16, 2021, the defendant utilizing the user account APPLICATION C, USERNAME 1, sent an image depicting MINOR VICTIM 3's (MV3) pubic area. The photo is an up-close image of the female's vaginal area. There is no visible pubic hair. This minor has been identified.

- On December 21, 2021, the defendant utilizing the user account APPLICATION C, USERNAME 1, sent an image depicting a prepubescent minor female who is leaning back with her legs spread in a bathtub, revealing her vagina. The female is completely nude and has pigtails in her hair.

- On December 21, 2021, the defendant utilizing the user account APPLICATION C, USERNAME 1, sent an image depicting a blond-haired prepubescent female with a green sweater on who is lying on her back with her legs lifted in the air. The female does not have pants on. The female's anus and a portion of her pubic area is visible and the focus of the image.

- On December 21, 2021, the defendant utilizing the user account APPLICATION C, USERNAME 1, sent an image depicting what appears to be a minor female lying on her back. The female is completely nude with her knees bent and legs spread so that her vagina is visible to the camera and the focus of the image.

16. As stated above, on January 16, 2021, the defendant sent the group an image of what appears to be a minor's nude pubic area beside a screenshot from a Snapchat conversation with user "[MV3's username]" On January 20, 2021, user APPLICATION A, CO-CONSPIRATOR USERNAME stated on APPLICATION A in the "dl-links" channel, "Enjoy. Haven't talked to her in a couple days, but I don't think she has her phone during the week. None of this was forced. She was difficult to get going, but once she did, it was snap after snap after snap. Sorry about the black frames between snap segments. It's the version of Snapchat I'm using (fairly old) and it's not super easy to trim out those bits unfortunately. pw: ``FEEL1NG`` pw: ``[MV3's username] of [MV3's location] on Snapchat``." MV3's account was listed as a "friend" on the defendant's "slideonin17" Snapchat account.

17. On August 28, 2023, MV3 was interviewed. She is currently thirteen. She recalled speaking to a user on Snapchat two to three years prior. She stated that a member of the conspiracy told her if she did not send a photo, something bad would happen, to include him telling her mom and dad. She was scared and sent a member of the conspiracy a photo.

18. While the defendant was a member of the conspiracy to produce child pornography and during the time when the defendant received child pornography, the defendant was in possession of digital devices that contained images and videos of minors engaged in sexually explicit conduct. Such files were maintained on the following digital devices belonging to the defendant and in the defendant's possession while in the Eastern District of Virginia: "Apple iPhone 14 Pro", serial: WRPFVK397J; Unique Device ID: 00008120-001E54283EE0C01E; IMEI number: 353115827165621; "1TB_iMAC_02.sparseimage", taken from an Apple iMac Desktop computer; partition Volume UUID: B4D828B4-3561-3D8E-9CDB-3B9A27D0DA85; "1TB-Segate-External-3.E01", serial: NA05LDER; model: Seagate FreeAgent GoFlex; "WD-500GB-

HD-7.E01", serial: WMANU1300420; "Galaxy J3 SM-J337P", model SM-J337P; IMEI: 352938094732265; "WD-MyPassport-1TB-HD-9.E01", serial: WX81AA6CNF69. The images and videos of minors engaged in sexually explicit conduct located on these devices were obtained via a means of interstate and foreign commerce, that is the Internet. Moreover, each device was manufactured outside of the Eastern District of Virginia, and thus, were shipped and transported in interstate or foreign commerce.

### C. The Defendants Coercion and Enticement of Minor Victim 4

19. Between on or about April 26, 2022, and on or about April 13, 2023, in the Eastern District of Virginia, and elsewhere, the defendant met MINOR VICTIM 4 (MV4) online. MV4 stated eventually that she was fourteen years old. He then employed the username "markisnva" to communicate with MV4 on Snapchat. The two users engaged in sexual conversations and eventually MV4 asked, "are you sure my age is ok daddy" to which Markisnva responded, "It's perfect sweetheart." MV4 also provided her CashApp account and Markisnva sent two separate payments of $25 to the account. One of the transactions had the note, "Keep sharing." Due to the enticement of MV4 by the defendant and others, MV4 provided child sexual abuse material to the defendant over the internet.

20. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

21.     The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date:               By: _____
McKenzie Hightower
Special Assistant United States Attorney (LT)

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, MARK ALAN BLACK, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
MARK ALAN BLACK

I am Cary Citronberg, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Cary Citronberg, Esq.
Attorney for MARK ALAN BLACK